G. Thomas Martin, III (SBN 218456)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400
Fax: 866-802-0021
tmartin@consumerlawcenter.com

Attorneys for Plaintiff, EUNICE HERRING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| EUNICE HERRING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIVERSIFIED ADJUSTMENT SERVICE, INC.,<br><br>　　　　　Defendant. | **Case No.: 10-CV-00092-OWW-GSA**<br><br>**STIPULATION TO DISMISS**<br><br>**(Unlawful Debt Collection Practices)** |

The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, EUNICE HERRING, against Defendant, DIVERSIFIED ADJUSTMENT SERVICE, INC., in the above-captioned proceeding are hereby dismissed, with prejudice.

Dated: 5/26/10					KROHN & MOSS LTD

						/s/ G. Thomas Martin, III
						G. Thomas Martin, III
						Attorney for Plaintiff,
						EUNICE HERRING

Dated: 5/26/10					CARLSON & MESSER LLP

						/s/ Robert D. Berglund
						Jeanne L. Zimmer
						Robert D. Berglund
						Attorneys for Defendant,
						DIVERSIFIED ADJUSTMENT SERVICE, INC

1

---

Stipulation of Dismissal and [Proposed] Order