**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| EUNICE HERRING, | Case No.: 10-CV-00092-OWW-GSA |
| Plaintiff, | **ORDER TO DISMISS** |
| v. | **(Unlawful Debt Collection Practices)** |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:  **May 28, 2010**                         **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE